1  AMIN TALATI WASSERMAN LLP
   MATTHEW R. ORR, SBN 211097
2  GEORGE SPATZ (*pro hac vice* to be submitted)
   MANON BURNS (SBN 347139) (pending admission)
3  515 S. Flower St., 18th Floor
   Los Angeles, CA 90071
4  Tel: (213) 933-2330
   Fax: (312) 884-7352
5  matt@amintalati.com
   gspatz@amintalati.com
6  manon@amintalati.com

7  Attorneys for Defendant
   LIFEFORCE DIGITAL INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 | THRESHOLD ENTERPRISES LTD., a Delaware corporation, | Case No.: 3:22-cv-06483-HSG |
13 |                                                     |                              |
   |                       Plaintiff,                    | **DEFENDANT LIFEFORCE DIGITAL INC.'S NOTICE OF MOTION TO DISMISS COMPLAINT** |
14 |         v.                                          |                              |
15 | LIFEFORCE DIGITAL INC., a Delaware corporation,     | Date: February 16, 2023      |
   |                                                     | Time: 2:00pm                 |
16 |                       Defendant.                    |                              |

17

18

...

TO THE COURT AND PLAINTIFF THRESHOLD ENTERPRISES LTD.: PLEASE TAKE NOTICE THAT on February 16, 2023 at 2:00pm, or as soon thereafter as may be heard by the Honorable Haywood S. Gilliam, Defendant Lifeforce Digital Inc. ("LDI") will, and hereby does, move the Court pursuant to Fed. R. Civ. P. 12(b)(6) for an order dismissing the Complaint with prejudice for failure to state a claim on which relief may be granted.

The motion will be made on the grounds that:

• Due to the visual differences between the products as they appear in the marketplace, no reasonable consumer would be confused regarding the source of the products.

The motion will be based on this Notice, the Memorandum of Points and Authorities filed concurrently herewith, the pleadings and files in this action, and such other matters as may be presented on or before any hearing on this motion.

Dated: January 10, 2023                               AMIN TALATI WASSERMAN, LLP

/s/ *Matthew R. Orr*
Matthew R. Orr
George Spatz
Manon Burns
Attorneys for Defendant LDI

**CERTIFICATE OF SERVICE (United States District Court)**

I hereby certify that on the 10th day of January 2023, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated:  January 10, 2023                        AMIN TALATI WASSERMAN

/s/ *Matthew R. Orr*
Matthew R. Orr