1  AMIN TALATI WASSERMAN LLP
   MATTHEW R. ORR, SBN 211097
2  GEORGE SPATZ (*pro hac vice* to be submitted)
   MANON BURNS (SBN 347139) (pending admission)
3  515 S. Flower St., 18th Floor
   Los Angeles, CA 90071
4  Tel: (213) 933-2330
   Fax: (312) 884-7352
5  matt@amintalati.com
   gspatz@amintalati.com
6  manon@amintalati.com

7  Attorneys for Defendant
   LIFEFORCE DIGITAL INC.
8

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11

12 | THRESHOLD ENTERPRISES LTD., a Delaware corporation, | Case No.: 3:22-cv-06483-HSG |
13 |                        Plaintiff,                   | **[PROPOSED] ORDER RE DEFENDANT LIFEFORCE DIGITAL INC.'S MOTION TO DISMISS COMPLAINT** |
14 |                            v.                       |                              |
15 | LIFEFORCE DIGITAL INC., a Delaware corporation,     |                              |
16 |                        Defendant.                   |                              |

# [PROPOSED] ORDER

Having considered Defendant LDI's Motion to Dismiss and any response thereto, it is hereby ORDERED that:

1. Defendant LDI Inc.'s Motion to Dismiss is GRANTED: and
2. All claims brought against Defendant LDI in the Plaintiff's Complaint are hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this ____ day of _____, 2023.

                                                     _____
                                                     Hon. Haywood S. Gilliam
                                                     United States District Judge

**CERTIFICATE OF SERVICE**

(United States District Court)

I hereby certify that on the 10th day of January, 2023, I caused the electronic filing of the foregoing document, through the CM/ECF system. The aforementioned document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

.

/s/ *Matthew R. Orr*
Matthew R. Orr