Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Threshold Enterprises Ltd. <br><br> Plaintiff(s) <br><br> v. <br><br> Lifeforce Digital Inc. <br><br> Defendant(s) | CASE No C 4:22-cv-06483-HSG <br><br> STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Private ADR** (*specify process and provider*)

> *Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*
- ☒ other requested deadline: May 10, 2023

Date: January 10, 2023         s/ Monty Agarwal
                               Attorney for Plaintiff

Date: January 10, 2023         s/ Manon Burns
                               Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:  1/18/2023                *[signed]* Haywood S. Gilliam Jr.
                                U.S. DISTRICT JUDGE

> *Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

Print Form

**ATTESTATION**

I, Monty Agarwal, am the ECF User whose ID and password are being used to file stipulation.  In compliance with General Order 45, X.B., I hereby attest that Manon Burns has concurred in this filing.

Dated:  January 17,  2023

                By: /s/ Monty Agarwal
                    MONTY AGARWAL