UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., <br> Plaintiff, <br> v. <br> LIFEFORCE DIGITAL INC., <br> Defendant. | Case No. 22-cv-06483-HSG <br> **SCHEDULING ORDER** |

A case management conference was held on May 11, 2023. Having considered the parties' proposals, *see* Dkt. No. 43, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| **Event** | **Deadline** |
|---|---|
| Amendment of Pleadings/ Joinder | July 28, 2023 |
| Close of Fact Discovery | January 5, 2024 |
| Exchange of Opening Expert Reports | January 19, 2024 |
| Exchange of Rebuttal Expert Reports | February 23, 2024 |
| Close of Expert Discovery | March 15, 2024 |
| Deadline to File Dispositive Motions | March 29, 2024 |
| Deadline to File Oppositions to Dispositive Motions | Four weeks after filing of dispositive motions |
| Deadline to File Replies to Dispositive Motions | Four weeks after filing of oppositions to dispositive motions |
| Dispositive Motion Hearing Deadline | June 13, 2024, at 2:00 p.m. |
| Pretrial Conference | September 10, 2024, at 3:00 p.m. |
| Jury Trial (5 days) | September 23, 2024, at 8:30 a.m. |

1  When any dispositive motions are filed, the Court **DIRECTS** the parties to file a
2 stipulation and proposed order within one day of that filing, with actual dates for the opposition
3 and reply.
4  These dates may only be altered by order of the Court and only upon a showing of good
5 cause. The parties are directed to review and comply with this Court's standing orders.
6  This order **TERMINATES** Dkt. No. 43.
7  **IT IS SO ORDERED.**
8 Dated: 6/1/2023

                                                                                            _____
                                                                                            HAYWOOD S. GILLIAM, JR.
                                                                                            United States District Judge