| | |
|---|---|
| 1 | |
| 2 | AMIN WASSERMAN GURNANI, LLP<br>George Spatz, *pro hac vice*<br>Manon Burns, Bar No. 347139<br>549 W. Randolph St., Ste. 400<br>Chicago, IL 60661<br>Tel: (312) 466-1033<br>Fax: (312) 884-7352<br>gspatz@awglaw.com<br>mburns@awglaw.com<br><br>Attorneys for Defendant<br>LIFEFORCE DIGITAL INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRESHOLD ENTERPRISES LTD., a Delaware corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>LIFEFORCE DIGITAL INC., a Delaware corporation,<br><br>           Defendant. | Case No.:  5:22-cv-06483-PCP<br><br>**DECLARATION OF GEORGE SPATZ IN SUPPORT MOTION IN LIMINE NO. 1** |

I, George Spatz, declare:

    1.    I am counsel for Lifeforce Digital Inc. ("LDI"), the Defendant in the above-captioned matter.

    2.    I submit this declaration in support of LDI's Motion in Limine No. 1. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

    3.    Attached hereto as Exhibit A is a true and correct copy of Threshold Enterprises, Ltd.'s, Initial Disclosures produced in the above-captioned proceeding.

4. On December 14, 2023, Barry Sugarman sat for his deposition in the above-captioned matter. Attached hereto as Exhibit B are true and correct copies of the relevant portions of Mr. Sugarman's deposition transcript.

5. On December 13, 2023, Brian Cayton sat for his deposition in the above-captioned matter. Attached hereto as Exhibit C are true and correct copies of the relevant portions of Mr. Cayton's deposition transcript.

6. On December 15, 2023, Ira Goldberg sat for his deposition in the above-captioned matter. Attached hereto as Exhibit D are true and correct copies of the relevant portions of Mr. Goldberg's deposition transcript.

7. On April 3, 2024, David Franklyn sat for his deposition in the above-captioned matter. Attached hereto as Exhibit E are true and correct copies of the relevant portions of Mr. Franklyn's deposition transcript.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed May 13, 2024.

/s/George Spatz
George Spatz