# Exhibit D

```
                                                          Page 1
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3
 4
 5   THRESHOLD ENTERPRISES LTD., A          )
     DELAWARE CORPORATION,                  )
 6                                          ) CASE NO.
                     PLAINTIFF,             ) 5:22-cv-06483-
 7                                          ) PCP
                 VS.                        )
 8                                          )
     LIFEFORCE DIGITAL INC., A DELAWARE     )
 9   CORPORATION                            )
                                            )
10                   DEFENDANT.             )
     _____)
11
12
13
14
15              DEPOSITION OF IRA GOLDBERG
16               FRIDAY, DECEMBER 15, 2023
17
18
19   LOCATION:    2033 GATEWAY PLACE
                  5TH FLOOR
20                SAN JOSE, CALIFORNIA 95110
21
     REPORTED REMOTELY BY:  SUSAN S. HENRIQUEZ, CERTIFIED
22   SHORTHAND REPORTER NO. 13763
23
24   JOB NO. 6332424
25
```

Page 2

1  DEPOSITION OF IRA GOLDBERG, TAKEN AT 2033 GATEWAY PLACE,
2  5TH FLOOR, SAN JOSE, CALIFORNIA 95110, ON BEHALF OF THE
3  DEFENDANT AT 9:06 A.M. PST, FRIDAY, DECEMBER 15, 2023, AND
4  REPORTED REMOTELY, VIA VIDEOCONFERENCE, BY
5  SUSAN S. HENRIQUEZ, C.S.R. NO. 13763.
6
7  APPEARANCES OF COUNSEL (ALL APPEARED IN PERSON):
8
9  FOR THE PLAINTIFF:
10     VALLEJO | ANTOLIN | AGARWAL | KANTER LLP
       BY:  MONTY AGARWAL, ESQ.
11     3021 CITRUS CIRCLE
       SUITE 220
12     WALNUT CREEK, CALIFORNIA 94598
       925.951.6970
13     MAGARWAL@VAAKLLP.COM
14
   FOR THE DEFENDANT:
15
       AMIN TALATI WASSERMAN, LLP
16     BY:  GEORGE SPATZ, ESQ.
            MANON BURNS, ESQ.
17     549 WEST RANDOLPH STREET
       SUITE 400
18     CHICAGO, ILLINOIS 60661
       312.466.1033
19     GSPATZ@AMINTALATI.COM
       MBURNS@AMINTALATI.COM
20
21
22
23
24
25

Page 3

1              I N D E X
2
3  WITNESS        EXAMINATION        PAGE
4  IRA GOLDBERG
5          BY MR. SPATZ              4
6
7
8              E X H I B I T S
9
10 NO.     DESCRIPTION               PAGE
11 Exhibit 201  THRESHOLD PRODUCT NEWSLETTER   18
               FROM APRIL OF 2022
12
   Exhibit 226  SALES FOR THE LIFEFORCE SUBLINE  22
13             OF PRODUCTS FROM 2004 TO 2023
14 Exhibit 202  SPRING CATALOG FOR THRESHOLD 2023  29
15 Exhibit 213  A LISTING OF AWARDS AND          43
               DISTINCTIONS FOR THE SOURCE
16             NATURALS PRODUCT LINES
17 Exhibit 227  SALES OF THE SOURCE NATURALS    50
               LIFEFORCE SUBLINE FROM 2011 TO 2020
18             AND MONTHLY SALES FOR 2021, 2022
               AND YEAR-TO-DATE 2023
19
20
21
22
23
24
25

Page 4

1       FRIDAY, DECEMBER 15, 2023, 9:06 A.M. PST
2
3            IRA GOLDBERG,
4     having been duly administered an oath by the
5     court reporter, was examined and testified as follows:
6
7         MR. AGARWAL:  On behalf of the plaintiff,
8  Threshold Enterprises, this is Monty Agarwal.
9         MR. SPATZ:  On behalf of the Defendant Lifeforce
10 Digital, Inc., this is George Spatz and my colleague
11 Manon Burns.
12              EXAMINATION
13 BY MR. SPATZ:
14    Q  Mr. Goldberg, could you please state and spell
15 your name for the record.
16    A  Ira Goldberg, I-R-A, G-O-L-D-B-E-R-G.
17    Q  Mr. Goldberg, have you ever been deposed before?
18    A  Yes.
19    Q  How many times have you been deposed?
20    A  I don't know exactly but five, six.  Probably at
21 least five, less than ten.
22    Q  And have those depositions all been related to
23 matters involving Threshold Enterprises?
24    A  I believe so, yes.
25    Q  Do you recall how long ago the most recent

Page 5

1  deposition was?
2     A  No, I haven't been deposed in many years so I --
3  you know, I can't remember.  I think the most recent one
4  was probably around ten years ago.  I could be -- you
5  know, I can't say exactly.
6     Q  And to your recollection were any of those
7  depositions involving trademark matters or trademark
8  disputes?
9     A  Yes.
10    Q  Okay.  And what matters that you were deposed in
11 involved trademark disputes?
12    A  The one I remember is also on Lifeforce.  It
13 was -- we sued the company called -- the product was
14 called Lifeforce B for trademark infringement.
15    Q  And the company was Functional Brands?
16    A  I believe so.  I'm not a hundred percent sure.  I
17 believe so.  It's been a while.
18    Q  To your recollection were any of the other
19 depositions related to trademarks and trademark matters?
20    A  At the moment I don't think so, but I could be
21 mistaken.  I can't remember all the depositions I've been
22 in, so there might have been another one, but I don't
23 recall.
24    Q  Okay.  Since it's been a while we'll go through
25 the ground rules of depositions.

2 (Pages 2 - 5)

Page 6

We're doing well right now, but we do have a court reporter who's writing everything down; so it's important, as we go forward, that you let me finish talking before you're talking and then I'll do my best to allow you to finish before I talk.

The court reporter can't transcribe "uh-huhs" and "uhmms" very well, so if you can give verbal responses, "yes" or "no," that would be appreciated.

Okay?

A Okay.

Q And then your counsel may object to a question. Unless he instructs you not to answer, you're still to answer the question?

A Okay.

Q Okay. And then finally, you know, this isn't -- you're not locked here, so if you need a break to get some water, use the restroom, to stand up, stretch your legs, feel free. Just let me know, I'll finish whatever questions I'm on, and then we can take a break.

Okay?

A Okay.

Q Is there any reason you would not be able to give truthful testimony today? You're not feeling well or you've taken medication that would prevent you from giving truthful testimony?

Page 7

A No.

Q Not revealing any substance of your conversations with counsel, what did you do to prepare for your deposition today?

A Well, I talked to Monty. We had a roughly short meeting. And then I think I spoke to him one or two more times, very shortly, over the last -- you know, this week, over this week.

Q Did you speak to anyone at Threshold about your deposition?

A No, except they know I'm going -- people at Threshold know I'm going to a deposition today because I'm usually there and I'm not there today.

Q Understood. Did you talk to Mr. Cayton (phonetic spelling) about his deposition?

A No.

Q Did you talk to Mr. Sugarman about his deposition?

A No -- oh, wait -- yeah, that's correct, that's correct.

Q You understand the testimony you're giving today concerns a trademark infringement proceedings that Threshold Enterprises has brought against Lifeforce Digital regarding the Lifeforce trademark; correct?

A Yes.

Page 8

Q I want to go over just a little bit of your education and work background. Can you give me a brief overview of your education.

A I went to public school, junior high, high school in New York, New York City. I went to college, Brooklyn College, graduated -- four years straight -- in 1970.

Q What did you -- what was your major at Brooklyn College?

A Political science.

Q And then after Brooklyn College?

A No formal education.

Q So did you get employment following college?

A Yes. I was a schoolteacher at New York City public school system.

Q How long were you a schoolteacher?

A I had two jobs. Both did not last very long, both under two months.

Q And after the short stints as a schoolteacher, what did you do?

A Well, I -- you know, I was 21 years old. I did a little traveling. And -- it's been a while. Let me see. Let's see. I did a little traveling, and then eventually I went to work in the family business.

Q What was the family business?

A The company was called Battery Specialists of New York.

Page 9

Q And about what year did you start with the family business?

A I don't know exactly but probably -- probably like '72, '73. Could have been earlier, could have been later. It's been a while.

Q And how long were you with your family company?

A About three years.

Q And, generally speaking, what were you doing for the company?

A Delivering batteries, warehouse work.

Q Following working with the family business, what did you do?

A Let me see. I started a small business in Boston, Massachusetts, called -- they were doing distribution, and myself and a partner distributed certain natural products to health food stores in the New York area.

Q And how long were you involved in that distribution business?

A Less than a year or about a year.

Q Okay. And then following that?

A I started a company in -- I moved to California, started a company in Santa Cruz called European Health Imports.

Page 10

1  Q  Did you do that with a partner as well?
2  A  No.
3  Q  And how long were you with European Health
4  Imports?
5  A  Well, in the sense, 45 years. It was the
6  forerunner name of my current company. I changed the
7  name, you know, but -- to Threshold Enterprises.
8  Q  Okay. And, calculating, the European Health
9  Imports would be around 1977?
10  A  Yeah. It started in January -- I believe January
11  of '78.
12  Q  Do you know when you changed the name to
13  Threshold?
14  A  Probably one to two years later.
15  Q  And at the beginning days, what was the focus of
16  the company?
17  A  Selling natural products, nutritional supplements
18  to natural food stores, primarily.
19  Q  And were you the CEO and president?
20  A  President.
21  Q  Okay. And you've been --
22  A  Yeah, I'm the leader, owner, leader, president.
23  Q  You've been the leader, owner of the company, to
24  the present?
25  A  Yes.

Page 11

1  Q  Without you going into too much detail, the
2  company has grown from that point -- about how many
3  employees and contractors does the company have at this
4  point?
5  A  You know, I don't have an exact number, but I
6  would say somewhere between 5 and 600. Probably closer to
7  500 would be my guess.
8  Q  If you can just give us at, a really high level,
9  kind of a brief history of the company from the beginning
10  in 1978 and some of its major milestones to where we are
11  today?
12  A  So the first product that we sold at the company
13  was called Omega H-3. It was a health and -- you know,
14  health supplement imported from Europe. And so the name
15  European Health Imports, the first few products we sold
16  were imported from Europe. And then we expanded and got
17  into more and more products over time.
18      We found success selling in California, then in
19  Washington, and then we realized, you know, we were small
20  but we were doing well and, you know, how to expand out
21  beyond the West Coast. And we started using
22  telemarketing, and so we were one of the first
23  telemarketing companies in the natural foods industry.
24  WATS line, if you remember WATS lines -- you may not
25  remember, but it was virtually unlimited calls for a flat

Page 12

1  fee. And we started using that to call all over the
2  country to sell our products to primarily natural food
3  stores.
4      Then another milestone is we were a distributor
5  at the time, and I realized, in looking for certain types
6  of products, they didn't exist or they weren't to our
7  liking, and we decided to start making our own products
8  also in addition to distributing other people's products.
9  Q  And around what time did Threshold start
10  developing its own products?
11  A  I think '82 or '83.
12  Q  And what were the first products that Threshold
13  began developing?
14  A  The first products were some basic vitamins and
15  minerals, you know, your basic vitamin A, B, C, D, E,
16  calcium, magnesium, multivitamin. At first the products
17  were basic. And then -- but, you know, we started
18  expanding, making some new products.
19      And there was a -- a product -- this is -- the
20  company kind of grew rapidly. It was a lot of publicity
21  around a product called Spirulina, kind of an algae health
22  supplement, high protein, green product, and it's still
23  being used today in the natural foods industry. And we
24  were one of the firsts to sell that product, and it was
25  very popular and helped the company grow. So that was a

Page 13

1  milestone.
2  Q  And that was also in the early to mid '80s?
3  A  Yeah, yeah. And then, you know, we continued to
4  grow. We also, in the early '80s, we opened up a division
5  called Planetary Formulas. It was an herbal product,
6  herbal line based primarily on Chinese and Ayurvedic types
7  of preparations.
8  Q  And do you know the time frame in which you
9  started the Planetary Formulas?
10  A  Similar time frame, maybe a year or two later,
11  after Source; so I would say early '80s.
12  Q  You said "after Source"?
13  A  Source Naturals.
14  Q  That's a reference to Source Naturals?
15  A  Yes, that's the brand.
16  Q  And was that the brand that you released the
17  basics, the vitamins and minerals and the Spirulina?
18  A  Yes, from Source Naturals.
19  Q  So then the Source Naturals started in the
20  '82-'83 time frame?
21  A  Yes, around there approximately.
22  Q  And then continuing today, is the Source Naturals
23  and Planetary Formulas the two primary brands that
24  Threshold sells?
25  A  Yes.

Page 14

1  Q  I know Barry mentioned Horizon. Are there other
2  brands that Threshold provides? I think he said that that
3  was a minor or nominal portion of the business?
4  A  Yeah, we developed, also, a line called
5  Horizon -- Horizon Naturals or -- and, you know, because
6  of channel conflict, we wanted to move more into
7  mass-market type of activities, but we didn't want to do
8  it with Source Naturals because natural food stores would
9  be upset to see products of their stores selling, you
10 know, on the shelf of supermarkets or whatnot. So we
11 developed similar products, same products, same type of
12 products, but for the mass market.
13  Q  And is Horizon Naturals, is that still a line
14 that Threshold sells?
15  A  No, no.
16  Q  So for, like, the mass-market customers, you're
17 just selling directly under the Source Naturals brand?
18  A  Yes. The marketplace has changed and concerns of
19 channel conflict where a natural foods store might not
20 carry a brand if it was sold in other channels of
21 commerce, you know, that has dissipated. That's -- it
22 still might exist in some retailers' minds, but in
23 general, it's not an issue anymore.
24  Q  Is there a general time frame in which that shift
25 happened from the channel conflict to not?

Page 15

1  A  It's been a long -- you know, a long, slow
2  process as supplements move from, you know, natural food
3  stores or drugstores or pharmacies into the internet --
4  other -- and as mass market became more interested in
5  nutritional supplements -- you know, they weren't
6  interested in the kind of, let's say, more sophisticated
7  nutritional supplements that we sold. You know, in the
8  early days they would have basics, but as time went on and
9  the popularity of nutritional supplements has grown, then
10 the mass market started to get into more sophisticated
11 formulas and wants more natural-food-type products.
12  Q  And mass market, that's like the grocery stores?
13  A  Grocery stores, pharmacies, other types of
14 outlets, like, you know, what they call big-box stores.
15  Q  Like Costco and Walmart?
16  A  Yeah.
17  Q  Jumping back real quick just to confirm: You
18 don't have any education, specific training in law or
19 advertising, do you?
20  A  No. You mean formal training?
21  Q  Formal training, yes.
22     Were you involved in collecting documents to
23 produce in this case?
24  A  No.
25  Q  Did anybody ask you to search your e-mails or

Page 16

1  search your files for documents that might be relevant to
2  the case?
3  A  No.
4  Q  And then would you consider yourself being in
5  charge of day-to-day operations at Threshold?
6  A  No.
7  Q  Who's in charge of day-to-day operations?
8  A  Carl Weissman. He's the COO and CFO.
9  Q  And do you have a, you know, particular area or
10 scope that you spend most of your time in?
11  A  Well, you know, a number of areas but finance --
12 finance, banking relationship, R&D, you know --
13     THE COURT REPORTER: I'm sorry, Mr. Goldberg --
14 can you guys hear me?
15     MR. SPATZ: I can.
16     THE WITNESS: Payables. I still sign all the
17 checks --
18     THE COURT REPORTER: Okay. I got "finance,
19 banking relationship," and then you said something after
20 that and I didn't get that.
21     MR. SPATZ: R&D.
22     THE WITNESS: R&D, Research and Development.
23     THE COURT REPORTER: Thank you.
24     THE WITNESS: So I don't run -- we have a whole
25 department run by a PhD but I participate, also

Page 17

1  participate in marketing. You know, I edit, I'll edit
2  certainly, you know, marketing leaflets, brochures, ads,
3  not just, you know -- you know, I review all those things
4  along with other people. I'm not the only one, but I'm
5  part of a review team on marketing materials and just
6  general strategy, business strategy and sales. You know,
7  we have sales managers, but I sit in on meetings and I
8  participate in that area.
9  Q  Okay. I want to talk a little bit about the
10 Source Naturals brand of -- line of -- the Source Naturals
11 brand of products.
12     Is it correct that there's approximately
13 750 Source Naturals products?
14  A  Yes, approximately.
15  Q  Okay. And those are targeted into specific
16 health categories?
17  A  Yeah, yes.
18  Q  And we've had testimony on several of those
19 categories, but it's in reference to approximately
20 25 different health categories?
21  A  Yeah, I mean, it's a matter of interpretation, so
22 you know, if we have -- if you counted and we have 25,
23 then we have 25. Some people might have 20; some people
24 might have 30.
25  Q  Understood?

5 (Pages 14 - 17)

Page 18

1  A  It's how you slice the pie.
2  Q  Got it. And I just saw a reference of it in some
3  of the literature, so I haven't particularly counted or
4  have a formula for that.
5      Could you just recite some of the products and
6  the categories that they would be sold through?
7  A  Well, there's different kinds of categories. It
8  could be energy, brain, nutrition, you know, bone
9  nutrition, digestive, immune, you know, vision, eyesight,
10  things that are good for eyesight, anti -- you know,
11  antioxidants.
12  Q  Mr. Goldberg, I'm going to hand you what's been
13  marked as Exhibit 201.
14  (Whereupon Exhibit No. 201 was marked for identification
15         and is attached hereto)
16  BY MR. SPATZ:
17  Q  Do you recognize this as a Threshold Product
18  Newsletter from April of 2022?
19  A  I do.
20  Q  If you can look at the Bates numbers on the
21  document, there's a faint number printed on each page and
22  I'm going to refer you to Threshold 16.
23  A  Okay I'm not seeing the faint number.
24    MR. AGARWAL:  It's these numbers here.
25    THE WITNESS:  Oh, okay, there we go.

Page 19

1    MR. AGARWAL:  Find something that ends with 16.
2  BY MR. SPATZ:
3  Q  Also Page 14.
4  A  Okay, I have 16.
5  Q  If you would look at the third column, about
6  halfway down it says "Source Naturals"; correct?
7  A  Yes.
8  Q  Okay. And these would be some of the
9  Source Naturals products that were either introduced in
10  the April 2022 time frame or were on special for customers
11  in and around the April 2022 time frame?
12  A  Yes.
13  Q  And if you -- you know, the list goes on to the
14  following page, and in the middle column it has a lot of
15  those I think you call them basics, so the vitamin A, the
16  vitamin D, vitamin C.
17      Do you see that?
18  A  Yes.
19  Q  And that includes a vitamin D3 product?
20  A  Yes.
21  Q  And if you look towards the bottom there, it has
22  a vitamin K plus D product as well; correct?
23  A  Yes.
24  Q  And then if you look back to just under the
25  Source Naturals, there's, like, a Wellness D Immunity.

Page 20

1  Do you see that?
2  A  Yes.
3  Q  Is there a reason why, you know, certain products
4  would be under a name like "Wellness" versus a specific
5  product like the D3?
6  A  Well, Wellness is -- we have a very popular
7  product called Wellness Formula. It's kind of an
8  immune-enhancing product that's become very popular; so
9  we've expanded using the Wellness name for -- you know,
10  for us is kind of a -- it's a category for immune, for
11  immune support. So vitamin D is good for the immune
12  system. We put vitamin D product in the Wellness -- under
13  the Wellness label.
14  Q  And you would say the Wellness family of products
15  is your best selling product line?
16  A  You mean division or category?
17  Q  Or revenue?
18  A  Revenue? It's either the -- I don't have the
19  numbers, so it's either the best or one of the best. It
20  may not be the best as a category.
21  Q  And, like, another product you sell is melatonin;
22  correct?
23  A  Yes.
24  Q  And is that sold as melatonin or is that within a
25  family of products as well?

Page 21

1  A  It's sold as melatonin, but it's under the Sleep
2  Science kind of little subline.
3      But most of Sleep Science is melatonin, various
4  melatonin products.
5  Q  And then you also have a Lifeforce product line;
6  correct?
7  A  Yeah. Well, it's a subline, yeah.
8  Q  When you say "subline," what do you mean by
9  subline?
10  A  Well, I consider Source Naturals the line, so
11  within the line are groupings of products. You know, you
12  can call them lines, or I would refer to them as sublines.
13  Q  I'll try to use that terminology.
14  A  That's all right.
15  Q  And is it correct that all of the products in the
16  Lifeforce subline are multivitamins?
17  A  I believe so, yes.
18  Q  Is Threshold selling the Lifeforce V product to
19  your knowledge?
20  A  No.
21  Q  Do you know how long ago it stopped selling the
22  Lifeforce V product?
23  A  I don't know if we ever sold the Lifeforce V
24  product.
25  Q  Were you involved in the research and development

6 (Pages 18 - 21)

Page 42

1  BY MR. SPATZ:
2      Q   I'll restate the question as:  To your knowledge
3  has Threshold done any studies -- or to your knowledge
4  does Threshold have an understanding or done any studies
5  as to the care in which consumers take in purchasing the
6  Source Naturals Lifeforce subline?
7      A   I don't know.
8      Q   What are Threshold's primary marketing methods
9  for the Source Naturals product lines?
10     A   One component is in-store merchandising, another
11 component is video advertising, you know, creating videos
12 on a website, Amazon or something.
13     Q   So a video that might be in connection with a
14 product listing?
15     A   Yeah.
16     Q   Okay.  Any other --
17     A   Literature, ads, we do co-op advertising, so if
18 customers have a vehicle of promotion, we may promote our
19 products through that vehicle, so that can include
20 newspaper, radio, TV.
21     Q   And the literature you referenced, would that
22 primarily lead to retail customers?
23     A   To, yes, retail customers, yes.
24     Q   And would you then have literature or information
25 developed to post in connection with listings of products

Page 43

1  online?
2      A   Well, online is -- the same or similar literature
3  also exists online, on our website or other sites.
4      Q   And are you aware of, specifically with respect
5  to the Source Naturals Lifeforce subline, what marketing
6  Threshold has done?
7      A   I do remember some.  I can't say I remember all.
8      Q   What are some of the marketing efforts you can
9  recall?
10     A   We -- you know, there's a life -- we had -- we --
11 it's not an award but we got rated as the top multiple in
12 North America by an independent research group, and we did
13 various marketing efforts around that publication.
14     Q   Mr. Goldberg, I'm going to hand you what's been
15 marked as Exhibit 213.
16     (Whereupon Exhibit No. 213 was marked for identification
17          and is attached hereto)
18 BY MR. SPATZ:
19     Q   Do you recognize Exhibit 213 as a listing of
20 awards and distinctions for the Source Naturals product
21 lines?
22     A   Yes.
23     Q   And if you look a couple of pages into the
24 document, there is a -- or on the last page of the
25 document, there's a reference to a 2003 Lisle McWilliams

Page 44

1  Comparative Guided Nutritional Supplements Third
2  Edition --
3      A   Yes.
4      Q   -- do you see that?
5      A   Yes.
6      Q   And on the preceding page, there's been a
7  reference to a 2006 Lisle McWilliams Comparative Guide to
8  Nutritional Supplements, Third Edition, updated.
9          Do you see that?
10     A   Yes.
11     Q   That the product rating that you were referring
12 to?
13     A   Yes.
14     Q   And then following those ratings, is it correct
15 that Threshold did a marketing effort for the Lifeforce
16 subline?
17     A   Yes.
18     Q   And that marketing effort included TV and radio
19 ads?
20     A   I don't remember.
21     Q   Do you remember any TV ads for the Lifeforce
22 subline?
23     A   I believe there were, but I don't remember.
24     Q   Are you aware of any radio ads for the Lifeforce
25 sublines?

Page 45

1      A   I believe there were, but I don't remember
2  specifics.
3      Q   Do you know if there's been any updated rankings
4  of the multivitamins since 2006 from Lisle McWilliams?
5      A   I'm not aware.  There may be; there may not be.
6  I don't know.
7      Q   Is it your understanding -- I think this goes up
8  until March 2019, at least.
9          Are you aware of any awards or distinctions for
10 the Lifeforce subline post-March 2019?
11     A   I don't know if this is a complete list --
12     Q   That was my next question.  Is this a complete
13 listing of the awards and distinctions?
14     A   I don't know, but I'm already seeing subsequent,
15 in 2014, Lifeforce --
16         MR. AGARWAL:  You mean subsequent to 2019?
17 BY MR. SPATZ:
18     Q   Well, I --
19     A   It's been since 2006.
20     Q   Okay.  Let's -- we'll clear that up, okay.
21         So my original question, I think we were clear
22 on, is:  Were there any subsequent rankings from Lisle
23 McWilliams's Comparative Guide to Nutritional Supplements
24 following 2006?
25     A   I don't know.

Page 46

1  Q  Okay. Then my next question was or will be: Is
2  this, to your understanding, a complete listing of awards
3  and distinctions?
4  A  I don't know.
5  Q  Okay. And then the further question was: It
6  looks like this goes at least to March 2019. I'm going to
7  ask: Are you aware of any awards or distinctions for the
8  Source Naturals Lifeforce sublines after March 2019?
9  A  I don't know.
10  Q  Do you know if Threshold does any Google ad words
11  or search engine ad words or key word purchases?
12  A  I don't know.
13  Q  And does Threshold have a social media presence
14  for the Source Naturals product line?
15  A  Social media presence?
16  Q  Yes.
17  A  Yes.
18  Q  Can you give a general description of what
19  Threshold does in terms of social media for the Source
20  Naturals product lines?
21  A  We do -- certain key words -- I'm not directly
22  involved in this and I -- so we do key word searches or
23  targeting advertising to different groups and do videos
24  and -- you know, to draw people to our site. And there
25  may be more. It's not my area.

Page 47

1  Q  Okay. Are you aware of whether there's been
2  specific social media campaigns for the Source Naturals
3  Lifeforce subline?
4  A  I don't know.



3  Q  Do you have any specific examples of that
4  marketing for the Source Naturals Lifeforce subline?
5  A  I don't know.

14  Q  Is there any other marketing efforts for the
15  Source Naturals product line, specific marketing efforts
16  that we haven't discussed?

3  Q  To your knowledge does Threshold segregate any
4  spending on advertising to a particular product line?
5  A  I'm -- say that again, please?
6  Q  Okay. Yeah, I'll ask a different question.
7     To your knowledge does Threshold have information
8  on the amount of advertising spent specifically for the
9  Source Naturals Lifeforce subline?
10  A  Threshold might. I don't know what that is.
11  Q  Okay. Are you aware of any instances of actual
12  confusion between Threshold and Lifeforce Digital?
13  A  That's you?
14  Q  Yes.
15  A  I'm not aware.
16  Q  Are you aware of any instances of actual
17  confusion between Threshold's use of the Lifeforce mark
18  and Lifeforce Digital's use of the Lifeforce mark?
19  A  I don't know.
20  Q  Are you aware of instances of actual confusion
21  between Threshold's use of the Lifeforce mark and any
22  other company's use of the terms Lifeforce?
23     MR. AGARWAL: Hold on. "Any other company's
24  use" -- object to the form of the question.
25     You can answer to the extent you understand the

13 (Pages 46 - 49)

Page 50

1  question.
2      THE WITNESS:  I -- I don't know.
3  BY MR. SPATZ:
4     Q  Mr. Goldberg, I'm going to hand you what's been
5  marked as Exhibit 227.  And I'll represent to you that
6  this was produced as sales of the Source Naturals
7  Lifeforce subline from 2011 to 2020 and then monthly sales
8  for 2021, 2022, and year-to-date 2023.
9   (Whereupon Exhibit No. 227 was marked for identification
10          and is attached hereto)
11  BY MR. SPATZ:
12     Q  Do you understand Exhibit 227 to be sales of the
13  Source Naturals Lifeforce product line?
14     A  I understand that you're saying that and it's
15  probably true, but I can't attest to the accuracy or truth
16  of what's in here.

3     Q  Mr. Goldberg, have you ever met Tony Robbins?
4     A  No.
5     Q  Have you ever had any conversations with
6  Tony Robbins?
7     A  No.
8     Q  Would you have any basis or knowledge of whether
9  Toby Robbins was aware of the Source Naturals Lifeforce
10  subline?
11     A  It's very possible.
12     Q  Do you personally have any information as to
13  whether Toby Robbins had any awareness of the Source
14  Naturals Lifeforce subline?
15     A  The information I have is that Tony -- one of our
16  biggest brands that we sell is Twinlab, a supplement
17  company, and Toby Robbins, to my knowledge, at a certain
18  point became a principal in that company.  So he may have
19  been -- we have a business relationship.  Although I never
20  met him personally, we've been doing business with one of
21  his companies and he may have had knowledge of our
22  products and product line.
23     Q  Okay, thank you.  I'm going to ask just the
24  specific question if you have any information that
25  Toby Robbins in fact was aware of the Source Naturals

Page 53

1  Lifeforce subline?
2     A  No.
3     Q  Are you familiar with a company called
4  Doctor's Signature Marketing and Sales?
5     A  Yeah, I believe so.
6     Q  And do they go by the name Lifeforce
7  International?
8     A  I believe so.
9     Q  Have you had any direct communications with the
10  principals at Direct International?
11     A  No.
12     Q  Do you know who Mr. Helman is?
13     A  No.
14     Q  Do you know who Mr. Hussein is?
15     A  No.
16      MR. SPATZ:  Let's take a ten-minute break.  I'll
17  collect, and we might be done soon.
18      MR. AGARWAL:  Okay.
19    (Recess taken from 10:39 to 10:51 a.m. PST)
20  BY MR. SPATZ:
21     Q  Mr. Goldberg, before the break we were talking
22  about Lifeforce International, and I had asked if you had
23  any communications with their principals.
24      Have you had communications with anyone at
25  Lifeforce International?

14 (Pages 50 - 53)

Page 54

1  A  No.
2  Q  Are you aware of any communications between
3  Threshold and Lifeforce International?
4  A  In the past.
5  Q  And what communications or interactions between
6  Threshold and Lifeforce International are you aware of?
7  A  I know we -- at some time in the past we worked
8  out kind of a Coexistence Agreement. I believe that's
9  what it's called.
10 Q  Were you involved in the review or negotiation of
11 that Coexistence Agreement?
12 A  No.
13 Q  Are you aware of the terms of the Coexistence
14 Agreement?
15 A  As I sit here I am not aware but most likely it
16 was me who signed it; so at a certain point I was aware.
17 I'm sure I read the agreement and so -- but I don't recall
18 it.
19 Q  Following the execution of that agreement, are
20 you aware of any communications between Threshold, or
21 Threshold's attorneys or representatives, with Lifeforce
22 International?
23     MR. AGARWAL: Hold on.
24     Can you break that into two pieces for me?
25     MR. SPATZ: Or three.

Page 55

1  BY MR. SPATZ:
2  Q  I believe I've asked you if you're aware of any
3  communications between Threshold and Lifeforce
4  International, and you said you weren't aware?
5  A  Correct, not recent communications.
6  Q  And post-execution of the Coexistence Agreement,
7  are you aware of any communications between Threshold's
8  attorneys and Lifeforce International?
9  A  I don't know.
10 Q  And are you a -- post the 2009 Coexistence
11 Agreement are you aware of any communications between any
12 Threshold representative and Lifeforce International?
13 A  I don't know.
14     MR. SPATZ: No further questions.
15     MR. AGARWAL: Okay. We have nothing else.
16     Madam Reporter, I'll take a standard delivery on
17 this one.
18     MR. SPATZ: And continue -- we're stipulating
19 that the protective order will run from receipt of
20 transcript?
21     MR. AGARWAL: Yeah, so we'll ask that this -- I
22 don't think this involves you, Madam Reporter, but I would
23 state, per protective order, that we request to have 21
24 days from receipt of transcript to designate any portions
25 as protected information pursuant to protective order.

Page 56

1     MR. SPATZ: Absolutely.
2     MR. AGARWAL: Thank you.
3  (Whereupon the deposition proceedings of IRA GOLDBERG were
4      concluded at 10:54 a.m. PST)

              ---oOo---

Page 57

          REPORTER'S CERTIFICATION

     I, Susan S. Henriquez, Certified Shorthand
Reporter, No. 13763, in and for the State of California,
do hereby certify:
     That prior to being examined, the witness named in
the foregoing deposition was by me duly administered an
oath sworn to testify to the truth, the whole truth, and
nothing but the truth;
     That said deposition was taken down by me,
remotely, in shorthand, at the time therein named and
thereafter reduced to typewriting under my direction, and
the same is a true, correct, and complete transcript of
said proceedings;
     That if the foregoing pertains to the original
transcript of a deposition in a Federal Case, before
completion of the proceedings, review of the transcript
{X} was { } was not required.
     I further certify that I am not interested in the
event of this action.
     Witness my hand this 8th day of
January,

            _Susan Henriquez_

     _____
        Certified Shorthand Reporter
          for the State of California

15 (Pages 54 - 57)

Page 58

1      Veritext Legal Solutions
         1100 Superior Ave
2          Suite 1820
         Cleveland, Ohio 44114
3       Phone: 216-523-1313
4
   January 8, 2024
5
   To: Monty Agarwal, Esq.
6
   Case Name: Threshold Enterprises LTD. v. Lifeforce Digital Inc.
7
   Veritext Reference Number: 6332424
8
   Witness:  Ira Goldberg      Deposition Date:  12/15/2023
9
10 Dear Sir/Madam:
11
   Enclosed please find a deposition transcript.  Please have the witness
12
   review the transcript and note any changes or corrections on the
13
   included errata sheet, indicating the page, line number, change, and
14
   the reason for the change.  Have the witness' signature notarized and
15
   forward the completed page(s) back to us at the Production address
16 shown
17 above, or email to production-midwest@veritext.com.
18
   If the errata is not returned within thirty days of your receipt of
19
   this letter, the reading and signing will be deemed waived.
20
21 Sincerely,
22 Production Department
23
24
25 NO NOTARY REQUIRED IN CA

Page 59

1         DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 6332424
3     CASE NAME: Threshold Enterprises LTD. v. Lifeforce Digital Inc.
      DATE OF DEPOSITION: 12/15/2023
4     WITNESS' NAME: Ira Goldberg
5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7     I have made no changes to the testimony
   as transcribed by the court reporter.
8
   _____     _____
9  Date             Ira Goldberg
10    Sworn to and subscribed before me, a
   Notary Public in and for the State and County,
11 the referenced witness did personally appear
   and acknowledge that:
12
      They have read the transcript;
13    They signed the foregoing Sworn
         Statement; and
14    Their execution of this Statement is of
         their free act and deed.
15
      I have affixed my name and official seal
16
   this _____ day of_____, 20____.
17
         _____
18       Notary Public
19       _____
         Commission Expiration Date
20
21
22
23
24
25

Page 60

1         DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
2
      ASSIGNMENT REFERENCE NO: 6332424
3     CASE NAME: Threshold Enterprises LTD. v. Lifeforce Digital Inc.
      DATE OF DEPOSITION: 12/15/2023
4     WITNESS' NAME: Ira Goldberg
5     In accordance with the Rules of Civil
   Procedure, I have read the entire transcript of
6  my testimony or it has been read to me.
7     I have listed my changes on the attached
   Errata Sheet, listing page and line numbers as
8  well as the reason(s) for the change(s).
9     I request that these changes be entered
   as part of the record of my testimony.
10
      I have executed the Errata Sheet, as well
11 as this Certificate, and request and authorize
   that both be appended to the transcript of my
12 testimony and be incorporated therein.
13 _____     _____
   Date             Ira Goldberg
14
      Sworn to and subscribed before me, a
15 Notary Public in and for the State and County,
   the referenced witness did personally appear
16 and acknowledge that:
17    They have read the transcript;
      They have listed all of their corrections
18       in the appended Errata Sheet;
      They signed the foregoing Sworn
19       Statement; and
      Their execution of this Statement is of
20       their free act and deed.
21    I have affixed my name and official seal
22 this _____ day of_____, 20____.
23       _____
         Notary Public
24
         _____
25       Commission Expiration Date

Page 61

1            ERRATA SHEET
      VERITEXT LEGAL SOLUTIONS MIDWEST
2        ASSIGNMENT NO: 6332424
3  PAGE/LINE(S) /      CHANGE      /REASON
4  _____
5  _____
6  _____
7  _____
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18 _____
19
   _____     _____
20 Date             Ira Goldberg
21 SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22 DAY OF _____, 20_____ .
23       _____
         Notary Public
24
         _____
25       Commission Expiration Date

16 (Pages 58 - 61)