1  VALLEJO | ANTOLIN | AGARWAL | KANTER LLP
2  MONTY AGARWAL (SBN 191568)
   RACHEL CHANIN (SBN 229253)
3  3021 Citrus Circle, Suite 220
4  Walnut Creek, CA 94598
   Telephone: (925) 951-6970
5  Facsimile: (925) 262-4269
   magarwal@vaakllp.com
6  rchanin@vaakllp.com

7  Attorneys for Plaintiff
8  THRESHOLD ENTERPRISES, LTD.

9  AMIN WASSERMAN GURNANI, LLP
   George Spatz, *pro hac vice*
10 Manon Burns, Bar No. 347139
   549 W Randolph St., Ste. 400
11 Chicago, IL 60661
12 Tel: (312) 466-1033
   Fax: (312) 884-7352
13 gspatz@awglaw.com
14 mburns@awglaw.com

15 Attorneys for Defendant
   LIFEFORCE DIGITAL INC.
16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19

20  THRESHOLD ENTERPRISES LTD., a       Case No.: 5:22-cv-06483-PCP
    Delaware corporation,
21                                      **STIPULATION AND [PROPOSED]**
                  Plaintiff,            **ORDER EXTENDING BRIEFING**
22                                      **SCHEDULE ON MOTION FOR**
23       v.                             **SUMMARY JUDGMENT AND**
                                        **RELATED MOTIONS FOR TWO**
24  LIFEFORCE DIGITAL INC., a           **WEEKS TO PERMIT SETTLEMENT**
    Delaware corporation,               **DISCUSSIONS (DKT. # 91-94)**
25
                  Defendant.            Judge: Hon. P. Casey Pitts
26

27

28

---

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Threshold Enterprises Ltd. ("Plaintiff") and Defendant Lifeforce Digital Inc. ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate as follows for the purpose of allowing a short reprieve from the schedule to permit settlement discussions:

WHEREAS, on May 13, 2024, Defendant filed the following motions: (1) Motion for Summary Judgment (Dkt. # 91), (2) Motion in Limine to Exclude the Expert Report of David Franklyn (Dkt. #92), (3) Motion in Limine #1 (Dkt. #93), and (4) Motion in Limine #2 (Dkt. #94) (collectively "Motions");

WHEREAS, under the current scheduling order, Plaintiff's oppositions to these Motions are due four weeks later, June 10, 2024, and Defendant's replies in support of these Motions are due four weeks after that, on July 8, 2024 (See Dkt. #45)[1];

WHEREAS, a hearing on these Motions is currently schedule for August 29, 2024 (re-set from June 2024) (Dkt. #95);

WHEREAS, trial in this case is currently scheduled for September 23, 2024 (Dkt. # 66), but the Parties anticipate this will need to move in light of the new August 29, 2024 hearing date, and have been meeting and conferring regarding an alternative trial date;

WHEREAS, the Parties are now engaged in settlement discussions;

WHEREAS, to allow for meaningful settlement discussions, the Parties agree that it is appropriate to extend the briefing schedule on the Motions by two weeks, specifically oppositions to the motions would be due on June 24, 2024, and replies would be due on July 22, 2024;

WHEREAS, the Parties believe there is good cause for this brief extension as it allows a short period for the Parties to complete settlement discussions;

---

[1] The Parties note that the Motions were docketed with response deadlines of June 13, 2024, and reply dates of July 15, 2024, but for purposes of this request will treat the deadlines as the earlier four week deadlines of June 10, 2024 and July 8, 2024.

- 1 -
STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND RELATED MOTIONS FOR TWO WEEKS TO PERMIT SETTLEMENT DISCUSSIONS (DKT. # 91-94)

WHEREAS, the requested extension would result in the dates being modified as follows, with modifications shown in bold:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Amendment of Pleadings/Joinder | July 28, 2023 | July 28, 2023 |
| Close of Fact Discovery | January 5, 2024 | January 5, 2024 |
| Deposition of Tony Robbins | January 30, 2024 | January 30, 2024 |
| Exchange of Opening Expert Reports | January 19, 2024 | January 19, 2024 |
| Exchange of Rebuttal Expert Reports | February 23, 2024 | February 23, 2024 |
| Close of Expert Discovery | March 15, 2024 | March 15, 2024 |
| Depositions of Defendant's Experts | March 25-26, 2024 | March 25-26, 2024 |
| Deadline to File Dispositive Motions | May 13, 2024 | May 13, 2024 |
| Deadline to File Oppositions to Dispositive Motions | **June 10, 2024** | **June 24, 2024** |
| Deadline to File Replies to Dispositive Motions | **July 8, 2024** | **July 22, 2024** |
| Dispositive Motion Hearing Deadline | August 29, 2024 | August 29, 2024 (**with the parties amenable to resetting at the Court's convenience**) [10:00 a.m.] |
| Pretrial Conference | September 10, 2024 | September 10, 2024, at ~~3:00 p.m.~~ [9:30] (**with the parties meeting and conferring to propose a new date or the Court so ordering**) |
| Trial (5 days) | September 23, 2024 | September 23, 2024, at ~~8:30~~ a.m. (**with the parties meeting and conferring to propose a new date or the Court so ordering**) |

WHEREAS, the only prior extensions granted in this case are for the limited purpose of taking fact and expert depositions outside of the discovery cutoffs (Dkt. # 65, Dkt. #78), and the Court also previously vacated the dispositive motion deadline until four weeks after the Court ruled on Plaintiff's motion to dismiss (Dkt. # 78);

WHEREAS, the Court previously denied as moot Defendant's administrative motion to suspend the dispositive motion deadline (Dkt. # 87);

WHEREAS, the Court has never indicated that no further extensions will be permitted;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that:

1. Oppositions to the Motions Are Due on June 24, 2024; and
2. Replies to the Motions Are Due on July 22, 2024

IT IS SO STIPULATED

Dated: May 21, 2024             VALLEJO | ANTOLIN | AGARWAL | KANTER LLP

                                By:    /s/ Monty Agarwal
                                       MONTY AGARWAL
                                       RACHEL CHANIN
                                       Attorneys for Plaintiff

                                       THRESHOLD ENTERPRISES LTD.

Dated: May 21, 2024             AMIN WASSERMAN GURNANI, LLP

                                By:    /s/ George Spatz

|   |   |
|---|---|
| 1 | GEORGE SPATZ |
| 2 | MANON BURNS |
|   | Attorneys for Defendant |
| 3 |   |
| 4 | LIFEFORCE DIGITAL INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 23, 2024

By: _____

Honorable P. Casey Pitts
Judge of the United States District Court

## ATTESTATION

I, Monty Agarwal, am the ECF User whose ID and password are being used to file stipulation.  In compliance with General Order 45, X.B., I hereby attest that George Spatz has concurred in this filing.

Dated:  May 21, 2024

                                              By:  /s/ Monty Agarwal
                                                   MONTY AGARWAL

- 5 -

STIPULATION AND [PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT AND RELATED MOTIONS FOR TWO WEEKS TO PERMIT SETTLEMENT DISCUSSIONS (DKT. # 91-94)